United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10684-amc |
| Takyi B. Williams | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: 318 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Takyi B. Williams, 1301 Point Breeze Ave, Philadelphia, PA 19146-4316 |
| 14862758 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14862761 | | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 14862763 | + | Tomocredit, ATTN Bankruptcy 535 Mission Street Floor, San Francisco, CA 94105-2997 |
| 14862764 | + | Tronix Country, Attn: Bankruptcy 2331 Mill Road Suite 10, Alexandria, VA 22314-4677 |
| 14862768 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 14 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14862737 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 14 2024 23:48:48 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14862738 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 23:59:20 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14862739 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 14 2024 23:48:07 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14862745 | | Email/Text: megan.harper@phila.gov | Jun 14 2024 23:49:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14862740 | | EDI: CAPITALONE.COM | Jun 15 2024 03:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14862741 | | EDI: CITICORP | Jun 15 2024 03:50:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14862742 | | EDI: CITICORP | Jun 15 2024 03:50:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14862743 | | EDI: CITICORP | Jun 15 2024 03:50:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14862744 | | EDI: CITICORP | Jun 15 2024 03:50:00 | Citicard, Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14862746 | | Email/Text: bankruptcy@philapark.org | Jun 14 2024 23:50:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14862747 | + | EDI: WFNNB.COM | Jun 15 2024 03:50:00 | Comenitycapital/c21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 24-10684-amc    Doc 23    Filed 06/16/24    Entered 06/17/24 00:32:20    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: 318 | Total Noticed: 39 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14862748 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2024 23:48:27 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14862754 | | EDI: CITICORP | Jun 15 2024 03:50:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14862749 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 14 2024 23:48:27 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 14862750 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 14 2024 23:49:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14862751 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 14 2024 23:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14862752 | | EDI: IRS.COM | Jun 15 2024 03:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14862753 | ^ | MEBN | Jun 14 2024 23:45:21 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 14862755 | | Email/Text: fesbank@attorneygeneral.gov | Jun 14 2024 23:49:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14862756 | | EDI: PENNDEPTREV | Jun 15 2024 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14862756 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14870917 | | EDI: PENNDEPTREV | Jun 15 2024 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14870917 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14862757 | ^ | MEBN | Jun 14 2024 23:45:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14862759 | + | Email/Text: bankruptcy@philapark.org | Jun 14 2024 23:50:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14862760 | + | Email/Text: bankruptcy1@pffcu.org | Jun 14 2024 23:49:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14862762 | | EDI: SYNC | Jun 15 2024 03:50:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14862765 | + | Email/Text: bankruptcy@bbandt.com | Jun 14 2024 23:49:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 14862766 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 14 2024 23:49:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14862767 | ^ | MEBN | Jun 14 2024 23:45:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14862769 | | Email/Text: bknotice@upgrade.com | Jun 14 2024 23:49:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14862770 | | Email/Text: bankruptcies@uplift.com | Jun 14 2024 23:49:00 | Uplift, Inc., Attn: Bankrutpcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14862771 | + | EDI: VERIZONCOMB.COM | Jun 15 2024 03:50:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |
| 14862772 | + | EDI: WFFC2 | Jun 15 2024 03:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: 318 | Total Noticed: 39 |

50328-0001

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank and Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| MICHAEL A. CIBIK | on behalf of Debtor Takyi B. Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Takyi B. Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0093<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–10684–amc | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Takyi B. Williams

6/13/24                                                                                     **By the court:** <u>Ashely M. Chan</u>
                                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                           **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**